# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16-cv-157

| | |
|---|---|
| HOWARD MILTON MOORE, JR. and LENA MOORE, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ORDER ) |
| ALCATEL-LUCENT USA, INC., et al., | ) ) |
| Defendants. | ) ) ) |

**THIS MATTER** is before the Court on Janet Ward Black's Application for Admission to Practice *Pro Hac Vice* of Kevin W. Paul. It appearing that Kevin W. Paul is a member in good standing with the Maryland State Bar and will be appearing with Janet Ward Black, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

# ORDER

**IT IS, THEREFORE, ORDERED** that Janet Ward Black's Application for Admission to Practice Pro Hac Vice (#6) of Kevin W. Paul is **GRANTED**,

and that Kevin W. Paul is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Janet Ward Black.

Signed: June 23, 2016

Dennis L. Howell
United States Magistrate Judge