# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16-cv-157

| | |
|---|---|
| HOWARD MILTON MOORE, JR. and LENA MOORE, ) ) ) Plaintiffs, ) ) vs. ) ) ALCATEL-LUCENT USA, INC., et al., ) ) Defendants. ) ) | ORDER |

**THIS MATTER** is before the Court on Douglas A. Rubel's Application for Admission to Practice *Pro Hac Vice* of Jason I. Irvin. It appearing that Jason I. Irvin is a member in good standing with the Texas State Bar and will be appearing with Douglas A. Rubel, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Douglas A. Rubel's Application for Admission to Practice Pro Hac Vice (#55) of Jason I. Irvin is **GRANTED**,

and that Jason I. Irvin is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Douglas A. Rubel.

Signed: July 7, 2016

Dennis L. Howell
United States Magistrate Judge