# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16-cv-157

| | |
|---|---|
| HOWARD MILTON MOORE, JR. and LENA MOORE, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ALCATEL-LUCENT USA, INC., et al., )<br>)<br>Defendants. )<br>) | ORDER |

**THIS MATTER** is before the Court on Emma C. Merritt's Application for Admission to Practice *Pro Hac Vice* of Wendy C. McGraw. It appearing that Wendy C. McGraw is a member in good standing with the Virginia State Bar and will be appearing with Emma C. Merritt, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Emma C. Merritt's Application for Admission to Practice Pro Hac Vice (#78) of Wendy C. McGraw is

**GRANTED**, and that Wendy C. McGraw is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Emma C. Merritt.

Signed: July 28, 2016

Dennis L. Howell
United States Magistrate Judge