# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:16-cv-00157-MR-DLH

| | | |
|---|---|---|
| **HOWARD MILTON MOORE, JR.** | ) | |
| **and LENA MOORE,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **ALCATEL-LUCENT USA, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

    **THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss [Doc. 93].

    Upon review of the parties' motion,

    **IT IS, THEREFORE ORDERED** that the parties' Joint Motion to Dismiss [Doc. 93] is **GRANTED**, and the Plaintiffs' claims against Defendant Schneider Electric USA, Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**    Signed: August 5, 2016

Martin Reidinger
United States District Judge