THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00157-MR-DLH

HOWARD MILTON MOORE, JR. )
and LENA MOORE, )
 )
          Plaintiffs, )
 )
vs. )        <u>O R D E R</u>
 )
ALCATEL-LUCENT USA, INC., et al., )
 )
          Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss [Doc. 90].

Upon review of the parties' motion,

**IT IS, THEREFORE ORDERED** that the parties' Joint Motion to Dismiss [Doc. 90] is **GRANTED**, and the Plaintiffs' claims against Defendant Bayer Corporation, f/k/a Mobay Chemical Company, and now known as Covestro LLC, are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**    Signed: August 5, 2016

Martin Reidinger
United States District Judge