THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00157-MR-DLH

HOWARD MILTON MOORE, JR. )
and LENA MOORE, )
 )
         Plaintiffs, )
 )
vs. )      O R D E R
 )
ALCATEL-LUCENT USA, INC., et al., )
 )
         Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss [Doc. 91].

Upon review of the parties' motion,

**IT IS, THEREFORE ORDERED** that the parties' Joint Motion to Dismiss [Doc. 91] is **GRANTED**, and the Plaintiffs' claims against Defendant Occidental Chemical Corporation are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: August 5, 2016    O ORDERED.

Martin Reidinger
United States District Judge