THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00157-MR-DLH

| | |
|---|---|
| HOWARD MILTON MOORE, JR. )<br>and LENA MOORE, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ALCATEL-LUCENT USA, INC., et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on Defendant Rockwell Collins, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction [Doc. 42] and the parties' Joint Motion to Dismiss [Doc. 75].

Upon review of the parties' motions,

**IT IS, THEREFORE ORDERED** that the parties' Joint Motion to Dismiss [Doc. 75] is **GRANTED**, and the Plaintiffs' claims against Defendant Rockwell Collins, Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendant Rockwell Collins, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction [Doc. 42] is **DENIED AS MOOT**.

**IT IS SO ORDERED.** Signed: August 5, 2016

Martin Reidinger
United States District Judge