THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00157-MR-DLH

| | |
|---|---|
| HOWARD MILTON MOORE, JR. and LENA MOORE, ) ) ) Plaintiffs, ) ) vs. ) ) ALCATEL-LUCENT USA, INC., et al., ) ) Defendants. ) ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss [Doc. 87].

Upon review of the parties' motion,

**IT IS, THEREFORE ORDERED** that the parties' Joint Motion to Dismiss [Doc. 87] is **GRANTED**, and the Plaintiffs' claims against Defendant Honeywell International, Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**    Signed: August 5, 2016

Martin Reidinger
United States District Judge