THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00157-MR-DLH

| | |
|---|---|
| HOWARD MILTON MOORE, JR. and LENA MOORE, ) ) ) Plaintiffs, ) ) vs. ) ) ALCATEL-LUCENT USA, INC., et al., ) ) Defendants. ) ) | <u>O R D E R</u> |

**THIS MATTER** is before the Court on Defendant Rogers Corporation's Motion to Dismiss Plaintiffs' Complaint for Lack of Personal Jurisdiction [Doc. 51] and the parties' Joint Motion to Dismiss [Doc. 74].

Upon review of the parties' motions,

**IT IS, THEREFORE ORDERED** that the parties' Joint Motion to Dismiss [Doc. 74] is **GRANTED**, and the Plaintiffs' claims against Defendant Rogers Corporation are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendant Rogers Corporation's Motion to Dismiss Plaintiffs' Complaint for Lack of Personal Jurisdiction [Doc. 51] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**     Signed: August 5, 2016

Martin Reidinger
United States District Judge