THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00157-MR-DLH

| | |
|---|---|
| HOWARD MILTON MOORE, JR. ) <br> and LENA MOORE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ALCATEL-LUCENT USA, INC., et al., ) <br> ) <br> Defendants. ) <br> _____ ) | O R D E R |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss [Doc. 107].

Upon review of the parties' motion,

**IT IS, THEREFORE ORDERED** that the parties' Joint Motion to Dismiss [Doc. 107] is **GRANTED**, and the Plaintiffs' claims against Defendant Cytec Engineered Materials Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**   Signed: September 1, 2016

Martin Reidinger
United States District Judge