IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00157-MR-DLH

| | | |
|---|---|---|
| **HOWARD MILTON MOORE, et al.,** | ) | |
| Plaintiffs, | ) | |
| vs. | ) | **O R D E R** |
| **ALCATEL-LUCENT USA, INC., et al.,** | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court *sua sponte*.

On June 9, 2016, the Plaintiffs filed this action against multiple Defendants, including the Defendant Pharmacia LLC, sued individually and as successor to Monsanto Company ("Pharmacia"). [Doc. 1]. An Affidavit of Service filed by the Plaintiffs indicates that this particular Defendant was served on June 16, 2016. [Doc. 106]. To date, however, Pharmacia has not made an appearance or otherwise defended this action, and the Plaintiff appears to have made no effort to prosecute the action further against this Defendant.

Accordingly, **IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Plaintiffs shall file an appropriate motion

or otherwise take further action with respect to the Defendant Pharmacia LLC, sued individually and as successor to Monsanto Company. The Plaintiffs are advised that failure to take further action will result in the dismissal of this Defendant.

    **IT IS SO ORDERED.**

Signed: September 14, 2016

Martin Reidinger
United States District Judge