# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16cv157

| | |
|---|---|
| HOWARD MILTON MOORE, JR. and LENA MOORE, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | **ORDER** |
| 3M COMPANY, et al., ) ) | |
| Defendants. ) ) | |

Pending before the Court is the Joint Motion to Compel [# 131]. The parties jointly move for an Order compelling the Wakemed Health & Hospital to release various medical documents of Plaintiff Howard Moore. Upon a review of the record, and for the reasons set forth in the parties' motion, the Court **GRANTS** the motion [# 131].

The Court **ORDERS** Wakmed Health & Hospital to release all Pathological Slides, Original Stained Slides, Pre-Slides, Cytology Slides, and Pathology Blocks, including all Immunohistochemical Stain Regarding Plaintiff Howard Moore in its possession and/or control. Wakmed Health & Hospital shall release such records to Plaintiffs' attorney Keven W. Paul at the law offices of Simon Greenstone

-1-

Panatier & Bartlett, PC, 3232 McKinney Ave., Suite 610, Dallas, Texas 75204. Wakmed Health & Hospital shall have fourteen (14) days from receipt of this Order to produce the materials. The Court **DIRECTS** counsel for Plaintiffs to provide a copy of this Order to Wakmed Health & Hospital.

Signed: February 14, 2017

Dennis L. Howell
United States Magistrate Judge