IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 CV 157

| | |
|---|---|
| HOWARD MILTON MOORE, JR., and ) | |
| LENA MOORE, ) | |
| ) | |
| Plaintiffs ) | |
| ) | **ORDER** |
| v ) | |
| ) | |
| 3M COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the undersigned pursuant to a pleading entitled "Plaintiffs' Opposition to Defendants' Motion for Protective Order From the Second Videotaped Deposition of Howard Milton Moore and Request for Leave to take such Deposition" (#145).

LCvR 7.1(C)(2) states as follows:

**(B)   Motions Not to Be Included in Responsive Briefs.**  Motions shall not be included in responsive briefs.  Each motion should be set forth as a separately filed pleading.

The pleadings of the Plaintiffs (#145) and (#146) is in violation of the Rule. Therefore the portion of Plaintiffs' Motion requesting leave to take a second deposition will be denied without prejudice.  Should Plaintiffs wish to request such relief, the Plaintiffs will be required to file a separate motion as required by LCvR

7.1(C)(2) and will further be required to satisfy the requirement of consultation as set forth in LCvR 7.1(B).

## ORDER

**IT IS, THEREFORE**, **ORDERED** that Plaintiffs' Request for Leave to Take Such Deposition (#145) will be **DENIED** without prejudice.

Signed: May 8, 2017

Dennis L. Howell
United States Magistrate Judge