IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 CV 157

| | |
|---|---|
| HOWARD MILTON MOORE, JR., and LENA MOORE, ) ) ) | |
| Plaintiffs ) ) | **ORDER** |
| v ) ) | |
| 3M COMPANY, et al., ) ) | |
| Defendants. ) | |

**THIS MATTER** is before the undersigned pursuant to Plaintiffs' Motion for Leave to Take the Continued Deposition of Plaintiff Howard Moore. (#151). Plaintiffs had previously noticed the taking of Plaintiff's deposition for May 5, 2017 to which Defendants filed a Motion for a Protective Order (#142). The undersigned stayed the taking of the deposition pending receiving a response to Defendants' motion. The undersigned will now set a schedule allowing Defendants to respond to Plaintiffs' motion (#151). After receiving Defendants' responsive brief and the Plaintiffs' reply brief, the undersigned will then determine whether or not to rule upon the motion or to set a hearing in this matter.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that Defendants' are hereby directed to

respond to Plaintiffs' Motion for Leave to Take the Continued Deposition of Plaintiff Howard Moore (#151) on or before **May 19, 2017**. The Plaintiffs will be allowed to reply to Defendants' response on or before **May 23, 2017**.

Signed: May 17, 2017

Dennis L. Howell
United States Magistrate Judge