THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00157-MR-DLH

HOWARD MILTON MOORE, JR. )
and LENA MOORE, )
 )
　　　　　Plaintiffs, )
 )
vs. ) **O R D E R**
 )
ALCATEL-LUCENT USA, INC., et al., )
 )
　　　　　Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss [Doc. 158].

Upon review of the parties' motion,

**IT IS, THEREFORE ORDERED** that the parties' Joint Motion to Dismiss [Doc. 158] is **GRANTED**, and the Plaintiffs' claims against Defendant AT&T Corp. are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: June 21, 2017

Martin Reidinger
United States District Judge