# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16-cv-157

| | |
|---|---|
| HOWARD MILTON MOORE, JR. and LENA MOORE, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ORDER ) |
| ALCATEL-LUCENT USA, INC., et al., | ) ) |
| Defendants. | ) ) ) |

**THIS MATTER** is before the Court on Janet Ward Black's Application for Admission to Practice *Pro Hac Vice* of Stuart J. Purdy. It appearing that Stuart J. Purdy is a member in good standing with the California State Bar and will be appearing with Janet Ward Black, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Janet Ward Black's Application for Admission to Practice Pro Hac Vice (#160) of Stuart J. Purdy is **GRANTED**,

and that Stuart J. Purdy is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Janet Ward Black.

Signed: June 21, 2017

Dennis L. Howell
United States Magistrate Judge