# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16-cv-157

| | |
|---|---|
| HOWARD MILTON MOORE, JR. and LENA MOORE, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | ORDER |
| ALCATEL-LUCENT USA, INC., et al., ) ) | |
| Defendants. ) ) | |

**THIS MATTER** is before the Court on Timothy W. Bouch's Application for Admission to Practice *Pro Hac Vice* of Joshua Douglas Lee. It appearing that Joshua Douglas Lee is a member in good standing with the Illinois State Bar and will be appearing with Timothy W. Bouch, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

# ORDER

**IT IS, THEREFORE, ORDERED** that Timothy W. Bouch's Application for Admission to Practice Pro Hac Vice (#165) of Joshua Douglas Lee is

**GRANTED**, and that Joshua Douglas Lee is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Timothy W. Bouch.

Signed: July 12, 2017

Dennis L. Howell
United States Magistrate Judge